# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-41127
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 1, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

HORACIO LUGO MORALES, also known as Horacio Lugo, also known as
Horacio Morales,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:17-CR-203-41

Before DENNIS, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Horacio Lugo Morales appeals the district court's order of detention
pending trial. Lugo Morales argues that the district court's conclusion that he
is a flight risk is unsupported by the evidence and that the court failed to
properly weigh the relevant factors in finding that he is a flight risk. The
district court found that he failed to rebut the presumption against detention

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 18-41127

and that there was no condition or combination of conditions on which he could be released.

The district court's determination is supported by the evidence of Lugo Morales's significant business, financial, and personal ties to Mexico and by the evidence of his guilt.  Given the record, the district court did not abuse its discretion.  *See United States v. Rueben*, 974 F.2d 580, 586 (5th Cir. 1992); *United States v. Hare*, 873 F.2d 796, 798 (5th Cir. 1989).  Accordingly, the order of the district court is AFFIRMED.